FORCES ACTION PROJECT, LLC, a California limited liability company; Freedom of Choice, a Utah corporation; Smokers of the World Unite, an unincorporated association; Hawaii Smokers Rights, an unincorporated association; Consumers LLC, a California limited liability; William H. Steinbarth; Enoch A. Ludlow, Jr.; Raymond Sasso; Dan Cracraft; Tee Allen; Ada A. Venturelli; Angelo Venturelli, Jr.; Patricia J. Moore; Daniel Moore; Jeanette Harris; Stephen Gerling; Harry H. Knapp; Sean O'Heathrim; Mary L. Herrin; Kimberly M. Sanders; Phyllis Lindbloom; Karen J. Miller; David Steinberg; Alice Buller; Yvonne Hester; Jean A. Levinson; Marianne Tavelli; Steve George; Michael W. Richter; James C. Gordon; Louise Blake; Benita Chestnut; Gloria A. Pacheco; Gerald

---

Francis Pacheco; Cheyenne Rothman; Kristen D. Risbeck; Carl Risbeck; Tammy L. Gayler; Larry Mikel; Cvitkovich; Nancy C. Hughes; Mary Jane Van Wagoner; Grant E. Denham; Naydeen Lamoreaux; Dustin L. Bixby; Susan M. Burton; Connie Jean Rippon; Michael Lepore; Craig N. Russell; Timothy A. Gibson; Mic Bourell; Chelnisha Marie Edgeman; Mark S. Kuchenbecker; Daniel M. Blood; Jennie M. Featherstone; Lyle Anne Blackett; Michael W. Blackett; Jimmy L. Gileson; Greg C. Gafa; William Holt; David Alan Eliason; Peggy Joanne Broadhead; Charles Thomas Featherstone; David J. Green; John P. Hunter; Kevin W. Robertson; Mark Leroy Petersen; Edward Gene Haggard; William Theodore; Servis Ray Green; Helen W. Moser; Richard Kent Erickson; Evelyn Carolyn Timpe; Al Pacheco; Paula Nafus; Pat Neeley; William Grenek; Pauline L. Nafus; Kelly Hemenway; Earl F. Roche; Robert Cobarrubias; Bernadette Cobarrubias; Eddie Joe Martinez; Francis Martinez; Dotilde Medina; Ronald R. Hanks; Cynthia Jean Clark; Steve Duran; Regina Leah Rodgers; Tommy James Pistone; Robert Neal Wilcock; Douglas M. Hunter; James Waters; Calvin Boyd Smith; Joseph Michael Smith; Dawn Marie Scott; Anthony Alan Scott; Robert Wilson; Kenneth T. Terry; Kent Swenson; Sarah Collazzi Sanchez; Margaret Sanchez; Arthur P. Sanchez; Frances Strickland; Melanie D. Hoyt; Jodie Stevenson; Betty N. Hendrickson; Jerrad L. Sroufe; Gayle R. Burnham; Cheryl Johnson; Wesley D. Sager; Brenda L. Russell; James Jonathan Parker; A. Brent Dee; Ayman Girgis; Dennis Somerville; Michael Evans; Kellie Lee Robertson; Joanne Washer; Robert W. Lasvich; Randall D. Hill; Chase Dee Johansen; Wade E. Todd; Gregory Leon Hincks; Steve Camlott; Tammy L. Buhler; Jeffrey T. Kerr; Shauna Rae Rowley; Jayne Stephens; Ann B. Longshaw; Donald Carlisle; Clay Burn Hendrickson; Robert Hay; Lorrie Ockey; Larry J. Murdock; Vaughn Peart; Rodney N. Forbush; James Russell Clendenon; Deborah K. Thompson; Douglas C. Roberts; Delroy E. Mark; G. Allan Kempton; Rhonda Adams; Brad Lee Harrison; Sheila Brackett; Cher Bailey; John T. Morgan; Robert Wayne Blevins; Kathleen Miyasato; Robert Thomas Adams; Diane Waters; Artamae Milligan; Curtis Allen; Stacie Ann Trujillo; Cynthia O'Hara; Brian James Bryson; Robert Ray Cromwell; Eric Pease; Justin Earl Larsen; Bradley Charles Gingell; Viroque Kunz; Bobbi Jo Bailey; David A. Richards; Sherry Johnson (Sherry L. Beck); Wyatt Walker; David J. Holbrook; Mike Marvidakis; Anthony Wade Thompson; Denise Louato; Becky Lee Thompson; Kay Melis; Tucker Thompson Snarr; Megan Allen Willahan; Kami Melis; Scott Rosander; Kim Gibson; William G. Yates; Vickie Hunt; Cary A. Dotson; Lori L. Weber; Jason Scott Isbell; Margie Louise Pickoudou; Benny L. Bellon; Daniel Ewing; Ola Ewing; Joan Veronica Jensen; Lynnann Day; David B. Day; Jimmy Michael Jensen; Shawn Eric Fillingim; Robert R. Owens; Benjamin Lee Gibson; Kenneth L. Gibson; Bruce Davenport; Douglas C. Norberg; Joseph R. Wiley, Jr.; David Lee Hunter; Jeremy Kevin Landers; Daniel Ray Christensen; Robert J. McPherron; Joshlyn Marie Isom; James L. Dunn; Michael A. Bertot; Marci Joy Renzfro; Kari Trina Walker; Danielle Pelletier; Adam Welch; Angela Regan; Kami Dawn Higgins;

David J. Bertot; Jared A. Gollinger; James R. Nielsen; Larry Glenn Young; Ann V. Young; Dustin Roy Vincent; Brenda K. Quick; Cory Nielsen; Jessica Joan Jafari; Steve John Walton; Noble L. Smith; Carin Elizabeth Hamilton; Terry Allen Birch; Keith J. Westwood; Carl H. Roberts; Ron Gibbs; Joan Allen; Justin Schiffman; Harold E. Burgoyne; Michael T. Murphy; Donald J. Graham; Max Smith; Jason P. Smith; Alan G. Herron; EDA Lee Herron; Diana L. Ness; Darla Jimenez; Bryan Hilborn; Bobbie Joe Sessons; Kevin W. Silcox; Raymond Allen Hughes; Ruth Ann Graham; Bruce R. Graham; Robin M. Cook; Brent M. Barfuss; Willis J. Knight; Clifford Ray Milburn; Ralph E. Williams; Joanna Parker; Patricia L. Luce; Lynn A. Meier; William J. Meier; Kathleen Seedle; Louis D. Rosenberg; Sonja Massingill; Judith M. Rosenberg; Erna Mueksch; Jack Little; John P. Sullivan; Otto J. Mueksch; Jack Bowers; Carol Jensen; Rick Eng; John D. Jacoby; Lisa Redmond; Lynn Kahn; Valerie L. Lee; Vicki J. Bessette; Thomas G. Muller; Robert F. Ainsworth; Lynelle A. Cole; Francisco D. Flores; Richard H. Gingrich; Helen J. Evans; Ronald Gorence; Paul Plakosh, Jr.; Thompson G. Hackett; John A. Ferguson; Reid P. Condit; Charles Baranosky; Jennifer M. Donlon; Rex H. Wallace; Michael A. Valdez; Eleno E. Rodriguez; Albert Papa; Frank M. Giesing; Mark A. Burns; Bryan D. Mann; Steven D. Paris–Adams; Rodney K. Pope; Marc W. Lapointe; John B. King; Vernon E. Viehe; Charlene A. Jobe; Martha Ronhovdee; Ronald Ronhovdee; Elia M. Khoury; Alan A. Husby; Joseph S. Cusati; Sean D. Henderson; Christopher B. Rockwood; Karen Barney; Hilary Sue Wood; Arthur T. Hirst; Stephen F. Murphy; Donald G. Ellis; Elizabeth Erickson; David A. Doubleday; Jacqueline S. Miller; Patsy J. Bagdanov; James Bagdanov; Richard G. Paul; Elroy G. Ruhe; Jason L. Fillmore; Lunie F. Cook; Charles W. Holt; Louie Welch; Edward H. Davis; Anita J. Royal; Balwick Heaton; Randall Shelnutt; Charles W. Cox, Jr.; Cynthia M. Lowman; Barry N. Williamson; Jack O. Brady; Jerry L. Johnson; Garland H. Hale; Nancy M. Storey; Franklin Hyatt; Frances Franklin; Ronald W. Bergman; Cyrus J. Stow; Paul C. Armbruster; Helen S. Glover; Donald G. Oakley; Edward W. Storey; Many C. Kimbrough; Peggie F. Barnett; Dorothy S. Swinderman; Robert Lawton; Clay F. Garland; Guy R. Winderman; Cynthia Knight; Dorothy L. Hinton; Roy A. Colquitt; Shane M. Adams; Jeffrey J. Folds; Linda A. Halstrom; Harold S. Folds; Roland D. Thornton, Jr.; Shirley J. Thornton; Geza L. Jozan; Joy A. McElwaney; Robert J. Speck; David J. Staebler; C. Richard Ellch; James M. Harrell; Jacob G. Standsbury, Jr.; Roy E. Mbrakmann; Mary A. Kudrick; Elizabeth Liagin; Rosalind Marimont; Robert R. Smith; Joan B. Anderson; Felt E. Lair; Archie D. Anderson; Henry P. Shotwell; Andrew Dilio; John E. Susko; Kenneth J. Silver; Theodore T. Moran; Thomas E. Graves; Steven Murphy; Richard Levine; Susan P. Murphy; Jesse V. Silverman; Margaret V. Boericke; Rosa A. Raiman; James M. Winton; Karol J. Price; Elizabeth K. Apperson; Bob L. Howard; Edward C. Apperson; Billie E. Bauer; Jorge Larco; Lina J. Forrester; Stan Forrester; Trina Berman; Cindy Womer; Ralph J. King; Barbara Collins; James C. Gordon; Patrick Ryan; Margaret J. Watt; Cordelia V. Scoyoc; Joseph A.

Rohla; Fredrick C. Willis, III; Albert Ricksecker; Ellen Hartz; Anthony L. Amorelli; James E. Prokop; Peter L. Petraki; Chris Petersen; Kenneth B. Shelton; Christine A. Smith; Theodore H. Schaar; Christopher P. Ragon; Carl P. Schoen; Kent E. Miller; Khali M. Khoury; Danny Z. Zeidon; Brett Frohwein; John D. Seiler; Donald Owens; Mark J. Welsh; Steven Schwartz; Mercedes Davis; Zachary Baird; Walsh Geraldine; IMAD Bitar; Graylon R. Revels; Shiloh F. Miller; Steven J. Mill@er; Robert W. Breckinridge; Lisa L. Lincoln; Alan Swanson, Jr.; Ruth Phillipe; Samantha Phillipe; Zena L. Garcia; Connie M. Burr; Terri L. Newman; Paul A. Newman; Clayton E. Fassett; Lynn P. Christensen; Kristopher B. Greier; Karyn Kimberling, each individually and on behalf of all others similarly situated, Plaintiffs—Appellants,

v.

State of CALIFORNIA, individually and on behalf of all others similarly situated; Department of Justice of the State of California; Bill Lockyer, Attorney General of the State of California, in his official capacity and on behalf of all others similarly situated; Department of Health Services of the State of California; Joseph Munso, Chief Deputy Director of the Department of Health Services of the State of California, in his official capacity and on behalf of all others similarly situated; City and County of San Francisco, a municipal corporation within the State of California, individually and on behalf of all others similarly situated; Louise H. Renne, City Attorney of the City and County of San Francisco, in her official capacity and on behalf of all others similarly situated; State of Utah, individually and on behalf of all others

similarly situated; Jan Graham, Attorney General of the State of Utah, in her official capacity and on behalf of all others similarly situated; Lorillard Tobacco Company, Inc., a corporation; Phillip Morris, Inc., a corporation; R.J. Reynolds Tobacco Company, a corporation; Brown & Williamson Tobacco Corporation, a corporation, Defendants—Appellees.

No. 00–15280.

D.C. No. CV–99–00607–MJJ.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 14, 2001.

Submission Withdrawn June 19, 2001.

Resubmitted Aug. 10, 2001.

Decided Aug. 15, 2001.

Before GOODWIN, GRABER, and McKEOWN, Circuit Judges.

### MEMORANDUM *

Plaintiffs, a class of "consumers of tobacco products," allege that the states of California and Utah, the city of San Francisco, and several tobacco companies (collectively, Defendants) violated their rights to equal protection and due process when Defendants entered into the Master Settlement Agreement (MSA). The district court dismissed the action, holding that Plaintiffs do not have standing. The court also denied Plaintiffs' motion to amend their complaint. We affirm in part and reverse in part.

*Standing*

Plaintiffs argue that the M.S.A. § is a taking of their property without due process, because it requires the tobacco companies to "pass through" their monetary penalties in the form of higher prices for their consumer products. Plaintiffs lack standing to bring this claim because they have not alleged an injury in fact. *Table Bluff Reservation v. Philip Morris, Inc.*, 256 F.3d 879, 885–886 (9th Cir.2001) (dismissing a similar claim because the argument that a party must "pay increased tobacco prices does not allege an injury in fact").

Next, Plaintiffs contend that the M.S.A. § insulates the tobacco companies from claims that Plaintiffs otherwise could bring. Plaintiffs do not, however, refer to any claims that were actually dismissed or to any claims that they plan to file. The assertion of a mere *hypothetical* future injury is not sufficient to confer standing. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 564, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992); *Thomas v. Anchorage Equal Rights Comm'n*, 220 F.3d 1134, 1140 (9th Cir.2000) (en banc), *cert. denied*, 531 U.S. 1143, 121 S.Ct. 1078, 148 L.Ed.2d 955 (2001).

Last, Plaintiffs argue that California and Utah violated certain of their own statutes by not providing notice to Plaintiffs of their right to intervene in the underlying actions that were settled by the MSA. Again, Plaintiffs have not established an injury in fact. There is no evidence that either California or Utah instituted an action under any of the cited statutory provisions or that the M.S.A. § is a settlement of such statutory claims. Indeed, California's and Utah's complaints prove just the opposite.

*Motion to Amend*

The district court denied Plaintiffs' motion to amend their complaint to add an antitrust claim on the ground that the proposed amendment was "clearly futile." The court noted that, under the "direct purchaser" doctrine, indirect purchasers of products lack standing under the antitrust

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

statutes. *Ill. Brick Co. v. Illinois,* 431 U.S. 720, 746, 97 S.Ct. 2061, 52 L.Ed.2d 707 (1977).

The district court was correct to the extent that Plaintiffs seek antitrust *damages* from the tobacco companies. However, this court has distinguished between an antitrust claim that seeks damages and one that seeks injunctive relief, noting that the "direct purchaser" doctrine applies only to the former. *Lucas Auto. Eng'g, Inc. v. Bridgestone/Firestone, Inc.,* 140 F.3d 1228, 1235 (9th Cir.1998) (observing that "indirect purchasers are not barred from bringing an antitrust claim for injunctive relief against manufacturers").

Because Plaintiffs seek both damages and injunctive relief, the district court erred as a matter of law. Defendants assert that there are other reasons, however, why Plaintiffs should be denied leave to amend to add an antitrust claim seeking injunctive relief. *See Ascon Props. v. Mobil Oil Co.,* 866 F.2d 1149, 1160 (9th Cir. 1989) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint."). We remand this determination to the district court.

AFFIRMED in part, REVERSED and REMANDED in part. Each party will bear its own costs on appeal.